MARK W. COLEMAN #117306
NUTTALL & COLEMAN
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
mcoleman@nuttallcoleman.com

ATTORNEYS FOR Defendant, DILLON JOHNSON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DILLON JOHNSON,<br><br>Defendant. | Case No.  1:20-MJ-00075-SKO<br><br><u>EX-PARTE APPLICATION RE: CASH BOND AND ORDER</u> |

  Defendant, DILLON JOHNSON, by and through his attorney of record, MARK W. COLEMAN, of the Law offices of Nuttall & Coleman, hereby applies to this court for an order allowing Defendant to post cash bond by way of a personal check.  Specifically, Mr. Johnson's family wishes to post cash bond on his behalf, however due to the ongoing Covid-19 Pandemic, they have been unable to purchase a cashier's check through their bank.  However, his family is able provide a personal check.

///

///

///

///

///

Counsel for Defendant has spoken with Assistant U.S. Attorney, Justin Gilio, who has no objection to the Defendant's family posting the bond by personal check.

Dated: August 4, 2020.  Respectfully Submitted,

NUTTALL & COLEMAN

/s/ Mark W. Coleman

MARK W. COLEMAN
Attorney for Defendant,
Forrest Awbrey

O R D E R

The Court allows Defendant Dillon Johnson to post cash bond by way of a personal check in light of the difficulties in obtaining a cashier's check due to the ongoing Covid-19 Pandemic.

IT IS SO ORDERED.

Dated: **August 5, 2020**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE