MARK W. COLEMAN #117306
NUTTALL & COLEMAN
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
mcoleman@nuttallcoleman.com

ATTORNEYS FOR Defendant,
DILLON JOHNSON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DILLON JOHNSON,<br><br>Defendant. | Case No.  1:20-MJ-00075-SKO<br><br>STIPULATION AND  ORDER TO AMEND CONDITIONS OF RELEASE |

IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients as follows:

That Defendant, DILLON JOHNSON'S, Conditions of Release be amended to remove Frank Duclo as third party custodian, and leaving Mr. Johnson's grandmother, Paula Duclo, as the sole third-party custodian.

Specifically, the following items on Defendant's Conditions of Release will be amended as follows:

**(6)** The defendant is placed in the custody of: **Paula Sue Duclo;**

**(7)(c)** reside with your **maternal grandmother, Paula Sue Duclo,** and not move or be absent from this residence for more than 24 hrs. without prior approval of PSO; travel restricted to Eastern District of California, uncles otherwise approved in advance by PSO;

**(7)(p)** not use or possess a communication device, except for your **grandmother, Paula Duclo's, cellular phone, or your home landline**, to make contact with your PSO, your assigned attorney, or other court ordered obligations, uncles otherwise approved in advance by your PSO.

All other conditions of release shall remain in full force and effect.

Pretrial Service Officer Renee Basurto is aware of this request and does not object to the amendments set forth above. Counsel has been in contact with AUSA Justin Gilio, counsel for the Government, who does not oppose this request.

Defendant, Dillon Johnson, is staying in regular contact with his attorney and is complying with all conditions of release.

Dated: August 18, 2020.          Respectfully Submitted,

                                          NUTTALL & COLEMAN

                                          /s/ Mark W. Coleman

                                          MARK W. COLEMAN
                                          Attorney for Defendant

Dated: August 18, 2020.          UNITED STATES ATTORNEY'S OFFICE

                                          /s/ Justin Gilio

                                          JUSTIN GILIO
                                          Assistant U.S. Attorney

\* \* \* \* \* \* \*

O R D E R

Pursuant to the terms of the stipulation, the following items on Defendant's Conditions of Release will be amended as follows:

**(6)** The defendant is placed in the custody of: **Paula Sue Duclo;**

**(7)(c)** reside with your **maternal grandmother, Paula Sue Duclo,** and not move or be absent from this residence for more than 24 hrs. without prior approval of PSO; travel restricted to Eastern District of California, uncles otherwise approved in advance by PSO;

**(7)(p)** not use or possess a communication device, except for your **grandmother, Paula Duclo's, cellular phone, or your home landline**, to make contact with your PSO, your assigned attorney, or other court ordered obligations, uncles otherwise approved in advance by your PSO.

All other conditions of release shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **August 19, 2020**          /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE