McGREGOR W. SCOTT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DILLON THOMAS JOHNSON,<br><br>Defendants. | CASE NO.  1:20-CR-00181-DAD-BAM<br><br>MOTION TO DISMISS WITHOUT PREJUDICE CHARGE TWO IN COMPLAINT ORDER |

On July 23, 2020, the defendant was charged by criminal complaint with two offenses: (1) Possession with Intent to Distribute Oxycodone and Fentanyl (N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide), and (2) Distribution of Oxycodone and a mixture or substance containing a detectable amount of Fentanyl (N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide) Resulting in Serious Bodily Injury.  Doc. 1.

On July 29, 2020, the Honorable Erica P. Grosjean signed an order, based on the parties' stipulation, continuing the preliminary hearing until October 15, 2020, and excluding Speedy Indictment Time under the Speedy Trial Act through that same date.  Doc. 9.

On October 15, 2020, the grand jury returned a two-count indictment against the defendant: (1) Possession with Intent to Distribute a mixture or substance containing a detectable amount of Fentanyl (N-phenyl-N- [ l- (2-phenylethyl ) -4-piperidinyl I propanamide), and (2) Possession of a Firearm in Furtherance of a Drug Trafficking Crime.  Doc. 27.

The defendant was arraigned on the above-mentioned indictment on October 15, 2020. During the arraignment hearing, the government made an oral motion to dismiss, without prejudice, Count Two listed in the criminal complaint: Distribution of Oxycodone and a mixture or substance containing a detectable amount of Fentanyl (N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide) Resulting in Serious Bodily Injury. The court instructed the government to submit a written order.

The government now moves to dismiss, without prejudice, Count Two listed in the criminal complaint: Distribution of Oxycodone and a mixture or substance containing a detectable amount of Fentanyl (N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide) Resulting in Serious Bodily Injury. *See* Doc. 1

Dated: October 15, 2020

McGREGOR W. SCOTT
United States Attorney

By: /s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: **October 15, 2020**

UNITED STATES MAGISTRATE JUDGE