**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
mcoleman@nuttallcoleman.com

ATTORNEYS FOR Defendant,
DILLON JOHNSON

UNITED STATES DISTRICT COUNT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>DILLON JOHNSON,<br><br>Defendant. | Case No: **1:20-CR-00181-DAD-BAM**<br><br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE AND ORDER** |

TO:   THE HONORABLE MAGISTRATE JUDGE SHEILA K. OBERTO, AND TO THE UNITED STATES ATTORNEY AND HIS REPRESENTATIVE, ASSISTANT UNITED STATES ATTORNEY, JUSTIN GILIO:

Defendant, DILLON JOHNSON, by and through his counsel, MARK W. COLEMAN, of NUTTALL & COLEMAN, hereby applies for an Order modifying his conditions of release. Specifically, Mr. Johnson requests an order placing him on curfew, between the hours of 7:00 p.m. and 7:00 a.m., daily.

Currently Defendant, DILLON JOHNSON, is on pretrial release on a secured bond of $9,000.00, ordered home detention, and location monitoring.

Mr. Johnson is requesting that the court allow him to change is home detention status to curfew, with all other orders remaining in place. Mr. Johnson resides with Paula Duclo, his grandmother, and third party custodian.

Counsel has communicated with Pre-Trial Services Officer, Renee Basturo, with respect to this request. Officer Basturo has confirmed with counsel that Mr. Johnson has been in full compliance with his conditions of release and has adhered with location monitoring requirements.

Counsel has communicated with Assistant United States Attorney Justin Gilio who has no objection to allowing the Defendant have curfew from 7:00 p.m. to 7:00 a.m.

**IT IS SO STIPULATED.**

Dated: December 22, 2020.          Respectfully Submitted,

                                   NUTTALL & COLEMAN

                                   /s/ Mark W. Coleman

                                   MARK W. COLEMAN
                                   Attorney for Defendant,
                                   DILLON JOHNSON

Dated: December 22, 2020.          UNITED STATES ATTORNEY'S OFFICE

                                    /s/ Justin Gilio

                                   JUSTIN GILIO
                                   Assistant U.S. Attorney

**ORDER**

**GOOD CAUSE APPEARING THEREFORE,**

**IT IS HEREBY ORDERED** that Defendant, DILLON JOHNSON'S custody status is changed from home detention to curfew from 7:00 p.m. to 7:00 a.m. All other orders shall remain in place.

IT IS SO ORDERED.

Dated: __December 22, 2020__          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE