(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
mcoleman@nuttallcoleman.com

ATTORNEYS FOR Defendant,
    DILLON JOHNSON

UNITED STATES DISTRICT COUNT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>DILLON JOHNSON,<br><br>Defendant. | Case No: **1:20-CR-00181-DAD-BAM**<br><br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE AND ORDER** |

TO:    THE HONORABLE MAGISTRATE JUDGE SHEILA K. OBERTO, AND TO THE UNITED STATES ATTORNEY AND HIS REPRESENTATIVE, ASSISTANT UNITED STATES ATTORNEY, JUSTIN GILIO:

Defendant, DILLON JOHNSON, by and through his counsel, MARK W. COLEMAN, of NUTTALL & COLEMAN, hereby applies for an Order modifying his conditions of release. Specifically, Mr. Johnson requests an order amending his curfew to the hours of 9:30 p.m. and 5:00 a.m., daily.

Currently Defendant, DILLON JOHNSON, is on pretrial release on a secured bond of $9,000.00, ordered home detention, and location monitoring.

Mr. Johnson is requesting that the court allow him to change the hours of his curfew since he is working with his grandfather on the family farm and is desirous of starting early in the morning and working later at night.  During the summer hours, farm work starts as early as 5:30 a.m., then a break is taken in the middle of the day when it is hottest, and the work resumes in the late evening.  Mr. Johnson continues to reside with Paula Duclo, his grandmother, and third-party custodian.

Counsel has communicated with Pre-Trial Services Officer, Renee Basturo, with respect to this request.

Counsel has communicated with Assistant United States Attorney Justin Gilio who has no objection to allowing the Defendant have curfew from 9:30 p.m. to 5:00 a.m.

**IT IS SO STIPULATED.**

Dated: August 16, 2021.            Respectfully Submitted,

NUTTALL & COLEMAN

/s/ Mark W. Coleman

MARK W. COLEMAN
Attorney for Defendant,
DILLON JOHNSON

Dated: August 16, 2021.            UNITED STATES ATTORNEY'S OFFICE

/s/ Justin Gilio

JUSTIN GILIO
Assistant U.S. Attorney

# ORDER

**GOOD CAUSE APPEARING THEREFORE,**

**IT IS HEREBY ORDERED** that Defendant, DILLON JOHNSON'S custody status is changed from home detention to curfew from 9:30 p.m. to 5:00 a.m.  All other orders shall remain in place.

IT IS SO ORDERED.

Dated:  **August 17, 2021**            /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE