(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
mcoleman@nuttallcoleman.com

ATTORNEYS FOR Defendant,
    DILLON JOHNSON

UNITED STATES DISTRICT COUNT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>    v.<br><br>DILLON JOHNSON,<br><br>    Defendant. | Case No: **1:20-CR-00181-DAD-BAM**<br><br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE AND ORDER** |

TO:   THE HONORABLE MAGISTRATE JUDGE SHEILA K. OBERTO, AND TO THE UNITED STATES ATTORNEY AND HIS REPRESENTATIVE, ASSISTANT UNITED STATES ATTORNEY, JUSTIN GILIO:

The parties hereto hereby apply for an Order modifying DILLON JOHNSON'S conditions of release. Specifically, the parties request an order amending conditions of release to place Mr. Johnson on home detention and increased drug testing.

Currently Defendant, DILLON JOHNSON, is on pretrial release on a secured bond of $9,000.00, curfew, and location monitoring.

The parties are making this request after Mr. Johnson was found to have violated his conditions of release on or about December 23, 2021, Mr. Johnson was pulled over by the

1

California Highway Patrol in Madera for his headlights not being illuminated.  The officer smelled the odor of alcohol and Mr. Johnson ultimately admitted to consuming one beer while at a friend's house.  Mr. Johnson submitted to FST's and a preliminary alcohol screening test, which had a result of .063%BAC at 19:32hours. Mr. Johnson was cited for for VC23140(a)-BAC over .05% while under the age of 21. His car was towed, and his grandmother/custodian picked him up.  Mr. Johnson reported the incident to pretrial services as soon as he arrived home.

Mr. Johnson's pretrial services officer, Renee Basturo will not file a formal violation considering he is designated to surrender on January 20, 2022, to Lompoc. However, Pretrial services, the US Attorney and counsel have agreed to stipulate Home Detention instead of his curfew and an increase in drug testing.

Counsel has communicated with Assistant United States Attorney Justin Gilio who has no objection to allowing the Defendant to remain on pretrial release home detention with increased testing.

**IT IS SO STIPULATED.**

Dated: January 5, 2022.              Respectfully Submitted,
                                     NUTTALL & COLEMAN
                                     /s/ Mark W. Coleman
                                     MARK W. COLEMAN
                                     Attorney for Defendant,
                                     DILLON JOHNSON

Dated: January 5, 2022.              UNITED STATES ATTORNEY'S OFFICE

                                     /s/ Justin Gilio
                                     JUSTIN GILIO
                                     Assistant U.S. Attorney

# ORDER

**GOOD CAUSE APPEARING THEREFORE,**

**IT IS HEREBY ORDERED** that Defendant, DILLON JOHNSON'S custody status is changed from curfew to home detention, defined as follows:

> ***HOME DETENTION:*** *You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf.*

IT IS FURTHER ORDERED that Mr. Johnson be tested more often, at the order of pretrial services. All other orders shall remain in place.

DATED: _1/5/2022

*Sheila K. Oberto*
SHEILA K. OBERTO
United States Magistrate Judge