**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
mcoleman@nuttallcoleman.com

ATTORNEYS FOR Defendant,
   DILLON JOHNSON

UNITED STATES DISTRICT COUNT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>DILLON JOHNSON,<br><br>Defendant. | Case No: **1:20-CR-00181-DAD-BAM**<br><br>**APPLICATION TO EXONERATE CASH BOND**<br>**AND**<br>**[PROPOSED] ORDER** |

   Defendant, DILLON JOHNSON, by and through his attorney, Mark W. Coleman, hereby moves this court pursuant to Federal Rule of Criminal Procedure 46(g), for an order exonerating the cash bond deposited with the clerk of the court in the above-captioned case.

   On July 28, 2020, the Court ordered Mr. Johnson released on conditions which included a $9,000.00 cash bond. On August 3, 2020, a cash bond in the amount of $3,000.00 was posted [Receipt # CAE100046184] and on August 6, 2020, an additional $6,000.00 cash bond was posted [DKT #19, Receipt # CAE100046211], for a total of $9,000.00.

   On November 15, 2021, Mr. Johnson was sentenced. He self-surrendered to the Bureau of Prisons on January 20, 2021.

Counsel has communicated with Assistant United States Attorney Justin Gilio who has no objection to the exoneration of the cash bond.

Mr. Johnson is respectfully requesting that the bonds posted be exonerated pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure and that the cash be returned to the posting parties.

Dated: February 23, 2022.

Respectfully Submitted,

NUTTALL & COLEMAN

/s/ Mark W. Coleman

MARK W. COLEMAN
Attorney for Defendant,
DILLON JOHNSON

## ORDER

**GOOD CAUSE APPEARING THEREFORE,**

The court finds that the bond conditions have been satisfied.

IT IS HEREBY ORDERED that the clerk of the Court exonerate the $9,000.00 bond in the above-captioned case and reconvey the $9,000 of cash to the posting parties.

DATED: __Feb. 23__, 2022.

United States Magistrate Judge